

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00039-CR

_____

WILLIAM PAUL WEST, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 415th District Court
Parker County, Texas
Trial Court No. CR16-0789

Before Pittman, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Appellant William Paul West appeals from the trial court's order denying his motion for judgment nunc pro tunc.

We informed Appellant by letter of our concern that we do not have jurisdiction over his appeal because the order denying his motion does not appear to be an appealable order, and we stated that his appeal could be dismissed unless he or any party filed a response showing grounds for continuing the appeal. We received no response.

An order denying a motion for judgment nunc pro tunc is not appealable. *Castor v. State*, 205 S.W.3d 666, 667 (Tex. App.—Waco 2006, no pet.) ("We do not have appellate jurisdiction of the denial of a motion for judgment nunc pro tunc."). The appropriate remedy for the denial of a motion for judgment nunc pro tunc is to file a petition for writ of mandamus in the court of appeals. *Ex parte Florence*, 319 S.W.3d 695, 696 (Tex. Crim. App. 2010); *Ex parte Ybarra*, 149 S.W.3d 147, 148–49 (Tex. Crim. App. 2004).

We therefore dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: March 14, 2019